IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GERRARD D. JONES,
FDOC Inmate No. 503034,
    Plaintiff,

vs.                           Case No.: 3:18cv1118/RV/EMT

SHEILA SZALAI,
    Defendant.
_____/

# O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated January 4, 2019 (ECF No. 9). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of the timely filed objections.

Having considered the Report and Recommendation, and the timely filed objections thereto (doc. 10), I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.	This action is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as malicious.

**DONE AND ORDERED** this 1st day of February, 2019.


/s/ *Roger Vinson*  
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**